BAXLEY *v.* BAXLEY *et al.*

CANDLER, J. The plaintiff in error not having insisted on any of the grounds of his motion for a new trial except those which complain that the court erred in charging on the subject of notice in the plaintiff of the defendants' deed, and it appearing that the charges complained of stated sound principles of law and were warranted by the evidence, the judgment overruling the motion will not be disturbed.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 21, — Decided August 3, 1905.

Complaint for land. Before Judge Roberts. Appling superior court. December 15, 1904.

*Thomas & Parker*, for plaintiff.
*W. W. Bennett* and *N. J. Holton*, for defendants.